UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:20-CR-76-1FL-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN ARO FLORES<br>a/k/a "John Flores" | **ORDER** |

The matter before the Court is the United States' Motion for Order of Abatement. Based on a review of the United States' motion and for good cause shown, the United States' motion is hereby ALLOWED. The case as to the above-named defendant is hereby dismissed, due to reason of abatement.

SO ORDERED this 9th day of September, 2026.

LOUISE W. FLANAGAN
United States District Judge